UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 10-10222-RWZ

BACK BAY SPAS, INC.

v.

441 STUART STREET ASSOCIATES, LLC, *et al.*


ORDER
December 15, 2010

ZOBEL, D.J.


Back Bay Spas, Inc. ("Back Bay"), a tenant at 441 Stuart Street in Boston,

entered into a letter agreement with defendant Stuart Street Associates ("Associates"),

the developer of the building, for the purchase of the same space as a condominium.

Associates ran into a series of difficulties and defaulted on loan obligations and, as a

result, the mortgagee, Corus Bank, N.A., foreclosed. The bank held a public auction at

which it was the winning bidder and created defendant Stuart Street Marketing, LLC.

("Marketing") to take title. Then the bank failed and the Federal Deposit Insurance

Corporation ("FDIC") was appointed receiver. Back Bay sued all of the above to

enforce its agreement with Associates. Marketing and the FDIC moved for summary

judgment which was granted. Those defendants now move for the entry of judgment

under Fed. R. Civ. P. 54(b).

The only remaining claims are those against Associates (and one of its

shareholders), the original owner and developer of the property and the party that

entered into the letter agreement to sell a condominium to plaintiff.  The claims against this defendant are different in kind and scope from those against the other parties. Accordingly, no just reason exists to force them to await the resolution of the remaining claims, and the motions for entry of partial final judgment (Docket ## 31 and 38) are allowed.

The motion for leave to file a reply to plaintiff's opposition (Docket # 35) is allowed.

Judgment may be entered for defendants Stuart Street Marketing, LLC, and the Federal Deposit Insurance Corporation as receiver for Corus Bank.


     December 15, 2010                          /s/Rya W. Zobel
          DATE                                RYA W. ZOBEL
                                 UNITED STATES DISTRICT JUDGE