**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**BACK BAY SPAS, INC.**
       **Plaintiff**

**V.**

**441 STUART STREET ASSOCIATES, LLC ET AL**
       **Defendants**

**CR ACTION**

**NO. 10CV10222-RWZ**

**JUDGMENT**

**ZOBEL, D. J.**

In accordance with the ORDER entered on 12/15/10; Judgment is entered for defendants Stuart Street Marketing LLC and FDIC.

                                                    By the Court,

**12/15/10**                                       **s/ Lisa A. Urso**
**Date**                                             **Deputy Clerk**